No. 87–168. FRISBY ET AL. *v.* SCHULTZ ET AL. Appeal from C. A. 7th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 87–498. BERKOVITZ ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 87–645. HUFFMAN ET AL. *v.* WESTERN NUCLEAR, INC., ET AL. C. A. 10th Cir. Certiorari granted.

No. 87–712. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* MASSACHUSETTS; and

No. 87–929. MASSACHUSETTS *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 1st Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 87–519. MAYNARD, WARDEN, ET AL. *v.* CARTWRIGHT. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 87–578. BANK OF NOVA SCOTIA *v.* UNITED STATES; and

No. 87–602. KILPATRICK ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted limited to Question 1 presented by each petition, cases consolidated, and a total of one hour allotted for oral argument.

No. 87–5565. CLARK *v.* JETER. Super. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–5468. JOHNSON *v.* MISSISSIPPI. Sup. Ct. Miss. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition.